**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 22-2178**

―――――――――

TERRY STEELE,

        Plaintiff - Appellant,

    v.

ANTONY J. BLINKEN, Secretary, U.S. Department of State,

        Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:22-cv-00035-RDA-JFA)

―――――――――

Submitted:  May 30, 3024                                   Decided:  June 3, 2024

―――――――――

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Terry Steele, Appellant Pro Se.  Hugham Chan, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Steele appeals the district court's order dismissing his two civil complaints, which the court consolidated into a single case. Limiting our review to the issues raised in Steele's informal brief, we have reviewed the record and discern no reversible error.[*] *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. *Steele v. Blinken*, No. 1:22-cv-00035-RDA-JFA (E.D. Va. filed Oct. 19, 2022 & entered Oct. 20, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We decline to consider the new claims that Steele raises on appeal. *See In re Under Seal*, 749 F.3d 276, 285 (4th Cir. 2014) (recognizing that, absent exceptional circumstances, we do not consider claims raised for the first time on appeal).